# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**EDWARD VAUGHNS,**

    **Defendant.**

Case No. 2:19-cr-171
JUDGE EDMUND A. SARGUS, JR.

## ORDER

This matter is before the Court on Defendant Edward Vaughn's unopposed Motion to Continue the Sentencing (ECF No. 20).

Defendant's Motion is **GRANTED**. The Court will continue the Sentencing to June 30, 2020 at 10:00 a.m.

**IT IS SO ORDERED.**

4/13/2020           s/Edmund A. Sargus, Jr.
**DATE**           **EDMUND A. SARGUS, JR.**
         **UNITED STATES DISTRICT JUDGE**